UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD LONZELL HERNDON, | No. 2:16-cv-0150 CKD P |
| Plaintiff, | |
| v. | ORDER |
| DISTRICT ATTORNEY, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out.[1] Also, plaintiff has not filed a certified copy of his prison trust account statement. See 28 U.S.C. § 1915(a)(2).

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed request to proceed in forma pauperis on the form provided by the Clerk of Court;

/////

---

[1] Plaintiff indicates that staff at the Sacramento County Jail have refused to complete the certificate. Court records reveal plaintiff now resides at North Kern State Prison. Therefore, he should have officials at North Kern complete his certificate.

1

      2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

      3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: March 15, 2016

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hern0150.3c(1)

2