UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD LONZELL HERNDON, | No. 2:16-cv-0150 CKD P |
| Plaintiff, | |
| v. | ORDER |
| DISTRICT ATTORNEY, | |
| Defendant. | |

On March 16, 2016, plaintiff was ordered, for the second time, to file a completed in forma pauperis application along with a certified copy of his prison trust account statement within thirty days and was cautioned that failure to do so would result in dismissal. The thirty day period has now expired. While plaintiff has filed an application to proceed in forma pauperis, he has not submitted the required trust account statement.

/////
/////
/////
/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice, and the Clerk of Court shall close this case.[1]

Dated: April 28, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hern0150.dis

---

[1] Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.